IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOHN EARL MCGREGOR, JR., | } | |
| TDCJ-CID NO.676164, | } | |
| Petitioner, | } | |
| | } | |
| v. | } | CIVIL ACTION G-07-397 |
| | } | |
| NATHANIEL QUARTERMAN | } | |
| Respondent. | } | |

## SCHEDULING ORDER

Petitioner filed a petition for writ of habeas corpus on July 30, 2007. (Docket Entry No.1). Respondents filed an answer on November 15, 2007. (Docket Entry No.15). On March 4, 2008, petitioner advised the Court that he had received a copy of respondent's answer on February 2, 2008. (Docket Entry No.18). Accordingly, petitioner shall file a response to the respondent's answer no later than April 10, 2008. Petitioner is cautioned that his failure to comply as ordered may subject him to dismissal for want of prosecution.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, this 13th day of March, 2008.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE